■ THE BOARD OF MANAGERS OF THE WARREN HOUSE CONDOMINIUM, Respondent-Appellant, v 34TH STREET ASSOCIATES LLC et al., Appellants-Respondents. [61 NYS3d 480]—

Orders, Supreme Court, New York County (Manuel J. Mendez, J.), entered August 18, 2015, which denied defendants' motion for summary judgment and plaintiff's motion for partial summary judgment, unanimously affirmed, without costs.

Issues of fact exist as to whether defendants' ownership of more than 10% of the condominium units has rendered the condominium unviable. In particular, plaintiff submitted evidence indicating that such ownership by defendants has made lenders unwilling to provide financing or mortgages secured by the condo units, and that defendants' rental tenants have caused increased wear and tear on the building's common areas (*see 511 W. 232nd Owners Corp. v Jennifer Realty Co.*, 98 NY2d 144, 152-153 [2002]; *West Gate House, Inc. v 860-870 Realty LLC*, 7 AD3d 412 [1st Dept 2004]). Concur—Acosta, P.J., Renwick, Webber, Oing and Moulton, JJ.